UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| TERRI LESLEY, an individual, )<br>)<br> Plaintiff, )<br>v. )<br>)<br>CAMPBELL COUNTY, a municipality; )<br>CAMPBELL COUNTY BOARD OF COMMISSIONERS; )<br>CAMPBELL COUNTY PUBLIC LIBRARY SYSTEM )<br>BOARD OF TRUSTEES; )<br>DEL SHELSTAD, in his individual capacity; )<br>COLLEEN FABER, in her individual capacity; )<br>SAGE BEAR, in her individual capacity; )<br>CHARLES BUTLER, in his individual capacity; )<br>CHELSIE COLLIER, in her individual capacity; and )<br>DARCY LYON, in her individual capacity. )<br>)<br> Defendants. )<br>) | Case No. 25-CV-00100 |

**STIPULATED MOTION TO DISMISS**

  Plaintiff Terri Lesley, through her attorneys, and Defendants, Campbell County, Campbell County Board of Commissioners, Campbell County Public Library System Board of Trustees, Del Shelstad, Colleen Faber, Sage Bear, Charles Butler, Chelsie Collier, and Darcie Lyon, through their attorneys hereby stipulate to dismiss all claims in this matter with prejudice, with each side to bear their own costs.

  Dated this 8th Day of October, 2025.

1

/s/ Iris Halpern
Iris Halpern, *Pro Hac Vice*
Azra Taslimi, *Pro Hac Vice*
Stephanie Wise, *Pro Hac Vice*
Qusair Mohamedbhai, WY Bar No. 6-3809
Rothod Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
Tel: (303) 578-4400
ih@rmlawyers.com
at@rmlawyers.com
sw@rmlawyers.com
qm@rmlawyers.com
**Attorneys for Plaintiff**


/s/ Patrick T. Holscher
Patrick T. Holscher, WY Bar No. 5-2724
Peter J. Timbers, WY Bar No. 6-4285
Meggan J. Hathaway, WY Bar No. 7-4856
Kevin P. Bell, WY Bar No. 8-6656
Schwartz, Bon, Walker & Studer LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel: (307) 235-6681 | Fax: (307) 234-5099
pat@schwartzbon.com
timbers@schwartzbon.com
mhathaway@schwartzbon.com
kbell@schwartzbon.com
**Attorneys for Defendants**