

FILED

3:31 pm, 10/9/25

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

TERRI LESLEY, an individual,

    Plaintiff,

VS.

CAMPBELL COUNTY, et al.,

    Defendants,

Case No. 25-CV-100-ABJ

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

THIS MATTER is before the Court pursuant to the parties' Stipulation of Dismissal filed on October 9, 2025. (ECF No. 31). Having reviewed the filings and the applicable law, and being otherwise fully advised, the Court finds that all claims by and between the parties shall be dismissed with prejudice as stipulated, with each party to bear its own costs and attorneys' fees.

**IT IS ORDERED** that all claims in the above-captioned matter is **DISMISSED WITH PREJUDICE.**

Dated this 9th day of October, 2025.

Alan B. Johnson
United States District Judge